**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

G&J EXCAVATING, LLC,           : No. 611 MAL 2022
                              :
                   Petitioner :
                              :
                              : Petition for Allowance of Appeal
                              : from the Order of the
          v.                  : Commonwealth Court
                              :
                              :
WESTERN CLINTON COUNTY        :
MUNICIPAL AUTHORITY,          :
                              :
                   Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.